**Order entered September 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00215-CV

**RUTH TORRES, Appellant**

**V.**

**THE CONTINENTAL APARTMENTS, ALL CITIES TOWING, INC., & CITY VEHICLE STORAGE, INC., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03695-D**

## ORDER

Before the Court is appellees All Cities Towing, Inc. and City Vehicle Storage, Inc.'s motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 17, 2018.

/s/    DAVID EVANS
       JUSTICE